## <u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR<br>A CRIMINAL COMPLAINT</u>

I, Ryan Caudill, your affiant, being duly sworn, depose and state the following:

I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since September of 2004. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. I am a Federal Law Enforcement Officer as defined in Rule 41 and am authorized by Federal Law to submit this Affidavit for a Criminal Complaint and request an arrest warrant.

I have received specialized training in the enforcement of federal firearms, explosives, and arson laws. My training and experience has involved, among other things: (1) the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the purchase, possession, distribution, and transportation of firearms and controlled substances and the laundering and concealment of proceeds of firearms and drug trafficking; (2) surveillance; (3) analysis and processing of documentary, electronic, and physical evidence; (4) the legal and illegal purchase and possession of firearms; (5) the execution of arrest and search warrants and (6) wire interception investigations.

As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws including but not limited to the following:

Title 18 U.S.C. § 922(g)(1) – convicted felon in possession of a firearm.

This Affidavit is submitted in support of an application for a criminal complaint charging JAYLIN ANDRE CLARK (herein after CLARK) with a violation of Title 18 U.S.C. § 922(g)(1).

1

The information contained in this Affidavit is based upon my personal knowledge, my consultation with senior ATF agents, my review of certain records and documents, interviews of witnesses, and information and evidence gathered from local law enforcement.

I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violations of Title 18 U.S.C. § 922(g)(1) has been committed by CLARK.  The information contained herein is not all the information I possess with respect to the commission of the crimes referred to herein.

## FACTS IN SUPPORT OF PROBABLE CAUSE

1. Your Affiant has reviewed the following information obtained from Lexington Police Department reports regarding information provided on the arrest of JAYLIN ANDRE CLARK. On or about September 8, 2025, Lexington Police Officers were dispatched to Valley Park located at 2077 Cambridge Drive in reference to a possible robbery.  The victim stated that their cell phone and vehicle were taken from this location after four subjects approached the victim. One of the subjects struck the victim with a handgun. The vehicle taken was a gold in color 2014 Chevrolet Malibu bearing Kentucky registration P4W792.

2. The victim was able track their stolen vehicle utilizing the Life360 application and further provided the locations to the police.  While the victim was relaying the vehicle's location to law enforcement, a vehicle matching the description of the stolen Malibu was observed by officers. The stolen vehicle, however, fled from officers. The vehicle eventually became stationary in the area of Lakeshore Drive and Fairmont Court at an apartment complex.

3.   Officers eventually located the vehicle, unoccupied, at 2075 Fairmont Court, Lexington, Kentucky.  Officers, then, observed a firearm magazine in plain view located inside the unoccupied stolen vehicle.  Officers surrounded the nearby building, and, after a short time, a subject (later identified as JAYLIN ANDRE CLARK) exited from 164 Lakeshore Drive, which is near 2075 Fairmont Court. The subject began to flee from officers. While the subject was fleeing from officers, a firearm in the subject's possession was discharged causing pursuing officers to return fire toward the suspect who was, then, falling down.  Once the subject fell to the ground, he dropped the firearm and surrendered to the officers.  The subject was taken into custody and identified as JAYLIN ANDRE CLARK.  A search incident to arrest of CLARK revealed he was in possession of a backpack that contained the carjacking victim's cell phone and the keys to the stolen vehicle.

4.   The firearm located next to CLARK when he was arrested is described as an American Tactical, Model: Omni Hybrid, Caliber: 7.62 x 35 (300 Blackout), pistol, bearing serial number: NS356097. On September 8, 2025, your Affiant researched the description of the aforementioned firearm to determine origin and status as to travel in interstate and/or foreign commerce.  It is the opinion of your affiant that the above listed firearm was manufactured outside the Commonwealth of Kentucky and, therefore, had crossed state lines prior to being received and/or possessed in Kentucky, thereby traveling in or affecting interstate and/or foreign commerce.

5. Your Affiant further conducted a review of CLARK's criminal history which revealed he has multiple felony convictions to include the following:

- Commonwealth of Kentucky  14th Judicial Circuit, Scott Circuit Court Case 23-CR-00307, which reflects he was convicted of Receiving Stolen Property (Firearm) and received a sentence of three (3) years' imprisonment in June of 2024; and

- Commonwealth of Kentucky  22nd Judicial Circuit, Fayette Circuit Court Case 22-CR-00973-002 which reflects he was convicted of Theft by Unlawful Taking ($10,000 or More) and received a sentence of seven (7) years in January of 2024

## **CONCLUSION**

6. Based on the foregoing, your Affiant has probable and reasonable cause to believe that JAYLIN ANDRE CLARK has committed a violation of Title 18 U.S.C.§ 922(g)(1), being a convicted felon in possession of a firearm. Your affiant requests that an arrest warrant be issued to bring JAYLIN ANDRE CLARK before this Court based on the allegations contained herein.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Ryan Caudill
Ryan Caudill, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives

Transmitted via email and attested to by email in accordance with the requirements of Fed. R. Crim. P. 4.1 on this __9__ day of __Sept.__, 20_25_.

UNITED STATES MAGISTRATE JUDGE

4